**FIFTH CIRCUIT COURT OF APPEALS**

**STATE OF LOUISIANA**

**CIVIL PROCEEDING**

_____

CASE NO. 24-30304

_____

**On Appeal from the United States District Court**

**for the Middle District of Louisiana**

**USDC Civil Action No. 3:20-CV-00625**

_____

Yolanda Martin Singleton,

                                Plaintiff-Appellant

VERSUS

State of Louisiana, Louisiana Department of Wildlife and Fisheries; Louisiana Wildlife and Fisheries Commission,

                                Defendant-Appellee

**MOTION TO REOPEN APPEAL**
**WITH ATACHED SUFFICIENT BRIEF**

    **NOW INTO COURT**, through undersigned counsel comes, Plaintiff, Yolanda Singleton, who moves this Honorable Court to reopen this appeal for reason that the appeal was dismissed due to an insufficient brief and not receiving notice of opposing counsels request for cost and attorney, and no opposition was filed because of this electronic error.

Counsel has attached to this request a sufficient brief for consideration pertaining to the request and award of attorney fees and cost.

**WHEREFORE**, plaintiff prays that this Honorable Court reopens the appeal and allow the filing of plaintiff, Yolanda Singleton, sufficient brief to be filed in this appeal.

Respectfully submitted;

/s/ Yancy A. Carter
TX Bar No, 24117788
LAW OFFICES OF YANCY A. CARTER
P.O. Box 691442
Houston, Texas 77269
 (504) 319-3625 – Telephone
yancycarter@yahoo.com
*Attorney for Plaintiff – Appellant*