# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 08, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-30304    Singleton v. State of Louisiana
                           USDC No. 3:20-CV-625

The court has granted appellant's motion to reinstate the appeal.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Monica R. Washington, Deputy Clerk
                           504-310-7705

Mr. Yancy A. Carter
Ms. Carla S. Courtney
Mr. Thomas Moore Hayes IV
Mr. Courtney T. Joiner
Mr. Michael L. McConnell
Mr. Alejandro Raeshod Perkins